BAUGH AND SONS COMPANY, Appellant, *v.* UNITED STATES
FIDELITY AND GUARANTY COMPANY, Respondent.

(Submitted June 8, 1934; decided July 3, 1934.)

*Theodore J. Miller* and *George Kirk, 3rd,* for appellant.
*Robert Gray* and *William J. McArthur* for respondent.

'Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.